UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Criminal No. 4:10-CR-49-FL-3
Civil No. 4:12-CV-176-FL

WILLIE DEROD BEALE,  )
    Petitioner,  )
        )
v.  )    O R D E R
        )
UNITED STATES OF AMERICA,  )
    Respondent.  )

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the 14 th day of August , 2012.

                Louise W. Flanagan
                United States District Judge